IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DOMINIC C. LEE,** | : | |
| Petitioner, | : | |
| vs. | : | 5:04CV407 (DF) |
| **CHENNYE PUCKETT,** | : | |
| Respondent. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on April 27, 2005. It was recommended that Petitioner's habeas corpus petition be dismissed because it was untimely filed. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Petitioner's habeas corpus petition is hereby **DISMISSED**.

SO ORDERED, this 24th day of May, 2005.

　　　　　　　　　　　　　　　　　　　s/ Duross Fitzpatrick

　　　　　　　　　　　　　　　　　　DUROSS FITZPATRICK, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

DF/has